10959. McVAY BROTHERS *v.* DODD, trustee.

BLOODWORTH, J. This case was tried on the 15th of July, and it affirmatively appears from the bill of exceptions that it was not presented to the judge until the 15th of September, more than sixty days from the date of the trial. The motion to dismiss the bill of exceptions must be sustained. Civil Code (1910), § 6152; *Jones* v. *State*, 146 *Ga.* 8 (90 S. E. 280).

    *Bill of exceptions dismissed. Broyles, C. J., and Luke, J., concur.*
DECIDED MARCH 2, 1920.

Motion to dismiss writ of error.

*C. A. Weddington,* for plaintiff in error.    *H. F. Lawson,* contra.